THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID ANDREW RILEY, AIS #247928, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | 2:09-CV-289-TMH WO |
| STATE OF ALABAMA, *et al.,* | ) ) ) | |
| Respondents. | ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action be dismissed without prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 22nd day of October, 2009.


/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE